# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: 2:19-cr-12 |
| TRACY McCANTS, | |
| Defendant. | |

## **O R D E R**

On May 10, 2019, counsel for Defendant filed a Notice to Counsel Response. Doc. 34. In that Notice, counsel for Defendant advised the Court that all pretrial motions filed in this case as to Defendant Tracy McCants have been resolved. Accordingly, the Court **DENIES AS MOOT** all motions, docs. 12-31, as to Defendant Tracy McCants. The motions hearing scheduled for May 13, 2019 in the Brunswick Federal Courthouse is cancelled as to Defendant Tracy McCants.

**SO ORDERED**, this 13th day of May, 2019.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA